Colleen E. McCarty
Nevada Bar No. 13186
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
cmccarty@foxrothschild.com

David Aronoff (admitted *pro hac vice*)
**FOX ROTHSCHILD LLP**
10250 Constellation Blvd., Suite 900
Los Angeles, CA 90067
Telephone: (310) 598-4150
Facsimile: (310) 556-9828
daronoff@foxrothschild.com

Attorneys for Defendant
R&R PARTNERS, INC.

Bradley L. Booke
**LAW OFFICE OF BRADLEY L. BOOKE**
10161 Park Run Drive #150
Las Vegas, Nevada 89145
Telephone: 702-241-1631
Facsimile: 866-297-4863
brad.booke@lawbooke.com

Attorney for Plaintiff
LEVY PRODUCTION GROUP, LLC

Marc Saggese
Nevada Bar No. 7166
**LAW OFFICES OF SAGGESE &
ASSOCIATES**
732 S. Sixth Street, Suite 200C
Telephone: (702) 778-8883
Marc@maxlawnv.com

Attorney for Defendant
FARRA FOXDOG PRODUCTIONS, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LEVY PRODUCTION GROUP, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>R&R PARTNERS, INC., a Nevada corporation; FARRA FOXDOG PRODUCTIONS, LLC; ROE CORPORATIONS 1-10; JOHN DOES 11-20,<br><br>Defendants. | Case No.: 2:22-cv-01261-JAD-DJA<br><br>**STIPULATION AND**<br>**ORDER TO EXTEND DISCOVERY**<br>**DEADLINES**<br><br>**(FIRST REQUEST)**<br><br>As amended on page 4 |

1

148499014.1

Pursuant to Local Rules IA 6-1, LR 7-1 and 26-3, plaintiff Levy Production Group, LLC ("Plaintiff") and defendants R&R Partners, Inc, ("R&R") and Farra Foxdog Productions, LLC ("Farra Foxdog") (together, "Defendants") stipulate to extend the discovery deadlines set forth in the Stipulated Discovery Plan and Scheduling Order (ECF No. 21).  The parties' stipulation is supported by the following:

I.  **Discovery Completed to Date.**

The parties have completed the following discovery:

- Plaintiff served its initial disclosures under Rule 26(a)(1) on March 3, 2023.
- Plaintiff served its initial document production on March 3, 2023.
- The parties held their Rule 26(f) conference on March 9, 2023.
- R&R served its initial disclosures under Rule 26(a)(1) on March 23, 2023.
- Farra Foxdog served its initial disclosures under Rule 26(a)(1) on April 3, 2023.
- Farra Foxdog served its initial document production on April 3, 2023.
- Plaintiff served its first set of Requests for Production to R&R on March 31, 2023.
- Plaintiff served its first set of Requests for Production to Farra Foxdog on March 31, 2023.
- R&R served its first set of Requests for Production and first set of Interrogatories to Plaintiff on April 4, 2024.
- Farra Foxdog responded to Plaintiff's first set of Requests for Production and supplemented its document production on April 26, 2023.
- R&R responded to Plaintiff's first set of Requests for Production on May 1, 2023.
- R&R served its initial document production on July 3, 2023.
- Plaintiff took the deposition of former employee of Defendant R&R Partners/non-party Stanzie Dunn on July 28, 2023.
- Plaintiff served its second set of Requests for Production to R&R on August 2, 2023.
- Plaintiff took the deposition of current employee of Defendant R&R Partners/non-party Don Turley on August 11, 2023.

II.  **Discovery that Remains to be Completed.**

Plaintiff intends to take the depositions of the following fact witnesses:

2

148499014.1

- Yanick Dalhouse;
- Vaitari Anderson;
- Dennis Caldwell;
- Danita Collazo;
- Gina Nelson;
- Defendant R&R Partners, Inc.'s 30(b)(6) representatives;
- David Farra;
- James Farra;
- Matt Brown; and
- Las Vegas Convention and Visitors Authority 30(b)(6) representatives.

Nothing herein shall constitute a waiver by Defendants of the 10-deposition limit set forth under Fed. R. Civ. P. 30(a)(2).

Defendants intend to take the depositions of the following fact witnesses:

- Mike Levy;
- Jacquie Gray; and
- Plaintiff's 30(b)(6) witness(es).

The parties further anticipate the need to depose each parties' respective expert witnesses.

The parties reserve the right to seek additional discovery.

### III.   Reasons for Extension.

Good cause supports the requested extension. The parties have been working diligently to complete discovery and take depositions before the current deadline. Early deposition testimony reveals that Defendant R&R Partners, Inc. utilized a "team" of individuals on the projects at issue. As a result, the number of key, percipient witnesses whose depositions Plaintiff presently believes to be reasonably necessary, compounded by the fact that several of those witnesses are no longer employed by R&R, additional time is needed to accommodate the schedules of these non-party witnesses. Moreover, the parties have not yet had an opportunity to explore alternative dispute resolution (*e.g.*, mediation) but believe that this is something that should be explored after these depositions have been completed. Rather than waiting until the

3

current deadlines to request a revision of the case management order, the parties now jointly seek to extend the deadline for the close of discovery by approximately 60 days, from November 28, 2023 to January 30, 2024, and to adjust all case deadlines accordingly.  A few of the deadlines below have been modified by more than 60 days to account for Thanksgiving, the winter holidays, and New Year.  This request is made in good faith and not for purposes of delay, and the parties believe that the additional time requested will result in a narrowing the issues and reducing the time required for trial.

**IV.    Proposed Schedule for Completing all Remaining Discovery.**

The parties propose the following extensions of deadlines:

| Event | Current Date | Parties' Stipulated Proposal |
|---|---|---|
| Discovery cutoff | November 28, 2023 | February 5, 2024 ~~January 30, 2024~~ |
| Deadline for amending pleadings/adding parties | August 30, 2023 | *No Change* |
| Expert disclosures | September 29, 2023 | December 8, 2023 |
| Rebuttal expert disclosure | October 30, 2023 | January 5, 2024 ~~2023~~ |
| Dispositive motion deadline | January 8, 2024 | March 11, 2024 |
| Joint pretrial order | February 7, 2024 | April 10, 2024 |

///

///

///

///

///

///

///

4

1

2          **IT IS SO AGREED AND STIPULATED**

3    Dated this 17th day of August 2023.

4
     /s/ *Bradley L. Booke*                          /s/ *David Aronoff*
5    Bradley L. Booke                                David Aronoff (admitted *Pro Hac Vice*)
     10161 Park Run Drive #150                       daronoff@foxrothschild.com
6    Las Vegas, Nevada 89145                         FOX ROTHSCHILD LLP
     702-241-1631                                    10250 Constellation Blvd., Suite 900
7    866-297-4863 Fax                                Los Angeles, CA 90067
     brad.booke@lawbooke.com                         Telephone: (310) 598-4150
8    Attorney for Plaintiff                          Facsimile:  (310) 556-9828
     LEVY PRODUCTION GROUP, LLC
9                                                    Colleen E. McCarty
                                                     Nevada Bar No. 13186
10   /s/ *Marc A. Saggese*                           cmccarty@foxrothschild.com
     Marc A. Saggese, Esq.                           FOX ROTHSCHILD LLP
11   SAGGESE & ASSOCIATES, LTD.                      1980 Festival Plaza Drive, Suite 700
     732 S. Sixth Street, Suite 200C                 Las Vegas, Nevada 89135
12   Las Vegas, Nevada 89101                         Telephone: (702) 262-6899
     Marc@MaxLawNV.com                               Facsimile: (702) 597-5503
13   Attorney for Defendant
     FARRA FOXDOG PRODUCTIONS, LLC                   Attorneys for Defendant
14                                                   R&R PARTNERS, INC.

15

16

17                               **IT IS SO ORDERED:**

18   **DATED:**      August 21, 2023

19
                                 _____
20                               DANIEL J. ALBREGTS
                                 UNITED STATES MAGISTRATE JUDGE
21

22

23

24

25

26

27

28

                                      5

148499014.1