Colleen E. McCarty
Nevada Bar No. 13186
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, NV 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
cmccarty@foxrothschild.com

David Aronoff (admitted *pro hac vice*)
Joshua Bornstein (admitted *pro hac vice*)
**FOX ROTHSCHILD LLP**
10250 Constellation Blvd., Suite 900
Los Angeles, CA 90067
Telephone: (310) 598-4150
Facsimile: (310) 556-9828
daronoff@foxrothschild.com
jbornstein@foxrothschild.com

Attorneys for Defendant
R&R PARTNERS, INC.

Bradley L. Booke
**LAW OFFICE OF BRADLEY L. BOOKE**
10161 Park Run Drive #150
Las Vegas, NV 89145
Telephone: 702-241-1631
Facsimile: 866-297-4863
brad.booke@lawbooke.com

Attorney for Plaintiff
LEVY PRODUCTION GROUP, LLC

Marc Saggese
Nevada Bar No. 7166
**LAW OFFICES OF SAGGESE & ASSOCIATES**
732 S. Sixth Street, Suite 200C
Las Vegas, NV 89101
Telephone: (702) 778-8883
Marc@maxlawnv.com

Attorney for Defendant
FARRA FOXDOG PRODUCTIONS, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LEVY PRODUCTION GROUP, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>R&R PARTNERS, INC., a Nevada corporation; FARRA FOXDOG PRODUCTIONS, LLC; ROE CORPORATIONS 1-10; JOHN DOES 11-20,<br><br>Defendants. | Case No.: 2:22-cv-01261-JAD-DJA<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>**(SECOND REQUEST)** |

1

150450546.1

Pursuant to Local Rules IA 6-1, LR 7-1 and 26-3, plaintiff Levy Production Group, LLC ("Plaintiff") and defendants R&R Partners, Inc, ("R&R") and Farra Foxdog Productions, LLC ("Farra Foxdog") (together, "Defendants") stipulate to extend the discovery deadlines set forth in the Stipulated Discovery Plan and Scheduling Order (ECF No. 21). The parties' stipulation is supported by the following:

I. **Discovery Completed to Date.**

The parties have completed the following discovery:

- Plaintiff served its initial disclosures under Rule 26(a)(1) on March 3, 2023.
- Plaintiff served its initial document production on March 3, 2023.
- The parties held their Rule 26(f) conference on March 9, 2023.
- R&R served its initial disclosures under Rule 26(a)(1) on March 23, 2023.
- Farra Foxdog served its initial disclosures under Rule 26(a)(1) on April 3, 2023.
- Farra Foxdog served its initial document production on April 3, 2023.
- Plaintiff served its first set of Requests for Production to R&R on March 31, 2023.
- Plaintiff served its first set of Requests for Production to Farra Foxdog on March 31, 2023.
- R&R served its first set of Requests for Production and first set of Interrogatories to Plaintiff on April 4, 2023.
- Farra Foxdog responded to Plaintiff's first set of Requests for Production and supplemented its document production on April 26, 2023.
- R&R responded to Plaintiff's first set of Requests for Production on May 1, 2023.
- R&R served its initial document production on July 3, 2023.
- Plaintiff took the deposition of former employee of Defendant R&R Partners/non-party Stanzie Dunn on July 28, 2023.
- Plaintiff served its second set of Requests for Production to R&R on August 2, 2023.
- Plaintiff took the deposition of current employee of Defendant R&R Partners/non-party Don Turley on August 11, 2023.
- R&R responded to Plaintiff's second set of Requests for Production on September 1, 2023.
- R&R produced additional, requested documents on September 14, 2023.

2

II. **Discovery that Remains to be Completed.**

Plaintiff intends to take the depositions of the following fact witnesses:

- Yanick Dalhouse;
- Vaitari Anderson;
- Dennis Caldwell;
- Danita Collazo;
- Gina Nelson;
- Defendant R&R Partners, Inc.'s 30(b)(6) representatives;
- David Farra;
- James Farra;
- Matt Brown; and
- Las Vegas Convention and Visitors Authority 30(b)(6) representatives.

Nothing herein shall constitute a waiver by Defendants of the 10-deposition limit set forth under Fed. R. Civ. P. 30(a)(2).

Defendants intend to take the depositions of the following fact witnesses:

- Mike Levy;
- Jacquie Gray; and
- Plaintiff's 30(b)(6) witness(es).

The parties further anticipate the need to depose each parties' respective expert witnesses.

The parties reserve the right to seek additional discovery.

III. **Reasons for Extension.**

Good cause supports the requested extension. The parties have been working diligently to complete discovery and take depositions before the current deadline. However, due to Plaintiff's attorney's hospitalization and illness lasting several weeks during a time when several important depositions had been set, and other unforeseeable events, including various scheduling conflicts with witnesses, several depositions that the parties expected to occur in late September and through October needed to be continued to November 2023 and onward. Rather than waiting until the cusp of the current deadlines before requesting a revision of the case management order,

3

the parties now jointly seek to extend the deadline for the close of discovery by approximately 60 days, from February 5, 2024, to April 8, 2024, and to adjust all case deadlines accordingly. This request is made in good faith and not for purposes of delay, and the parties believe that the additional time will result in a narrowing of the issues and reducing the time required for trial.

IV.     **Proposed Schedule for Completing all Remaining Discovery.**

The parties propose the following extensions of deadlines:

| Event | Current Date | Parties' Stipulated Proposal |
|---|---|---|
| Discovery cutoff | February 5, 2024 | April 8, 2024 |
| Deadline for amending pleadings/adding parties | August 30, 2023 | *No Change* |
| Expert disclosures | December 8, 2023 | February 9, 2024 |
| Rebuttal expert disclosure | January 5, 2024 | March 8, 2024 |
| Dispositive motion deadline | March 11, 2024 | May 14, 2024 |
| Joint pretrial order | April 10, 2024 | June 12, 2024 |

**IT IS SO AGREED AND STIPULATED**

Dated this 16th day of October 2023.

/s/ *Bradley L. Booke*
Bradley L. Booke
10161 Park Run Drive #150
Las Vegas, NV 89145
702-241-1631
866-297-4863 Fax
brad.booke@lawbooke.com
Attorney for Plaintiff
LEVY PRODUCTION GROUP, LLC

/s/ *Marc A. Saggese*
Marc A. Saggese, Esq.
SAGGESE & ASSOCIATES, LTD.
732 S. Sixth Street, Suite 200C
Las Vegas, NV 89101
Marc@MaxLawNV.com
Attorney for Defendant
FARRA FOXDOG PRODUCTIONS, LLC

/s/ *David Aronoff*
David Aronoff (admitted *Pro Hac Vice*)
daronoff@foxrothschild.com
Joshua Bornstein (admitted *Pro Hac Vice*)
jbornstein@foxrothschild.com
FOX ROTHSCHILD LLP
10250 Constellation Blvd., Suite 900
Los Angeles, CA 90067
Telephone: (310) 598-4150
Facsimile:  (310) 556-9828

Colleen E. McCarty
Nevada Bar No. 13186
cmccarty@foxrothschild.com
FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, NV 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503

Attorneys for Defendant
R&R PARTNERS, INC.

150450546.1

1  **IT IS SO ORDERED** that the parties' stipulation to extend discovery deadlines (ECF No. 29) is GRANTED.

3  DATED: 10/17/2023

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

150450546.1