Colleen E. McCarty
Nevada Bar No. 13186
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, NV 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
cmccarty@foxrothschild.com

David Aronoff (admitted *pro hac vice*)
Joshua Bornstein (admitted *pro hac vice*)
**FOX ROTHSCHILD LLP**
10250 Constellation Blvd., Suite 900
Los Angeles, CA 90067
Telephone: (310) 598-4150
Facsimile: (310) 556-9828
daronoff@foxrothschild.com
jbornstein@foxrothschild.com

Attorneys for Defendant
R&R PARTNERS, INC.

Bradley L. Booke
**LAW OFFICE OF BRADLEY L. BOOKE**
10161 Park Run Drive #150
Las Vegas, NV 89145
Telephone: 702-241-1631
Facsimile: 866-297-4863
brad.booke@lawbooke.com

Attorney for Plaintiff
LEVY PRODUCTION GROUP, LLC

Marc Saggese
Nevada Bar No. 7166
**LAW OFFICES OF SAGGESE &
ASSOCIATES**
732 S. Sixth Street, Suite 200C
Las Vegas, NV 89101
Telephone: (702) 778-8883
Marc@maxlawnv.com

Attorney for Defendant
FARRA FOXDOG PRODUCTIONS, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LEVY PRODUCTION GROUP, LLC, a Nevada limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> R&R PARTNERS, INC., a Nevada corporation; FARRA FOXDOG PRODUCTIONS, LLC; ROE CORPORATIONS 1-10; JOHN DOES 11-20, <br><br> Defendants. | Case No.: 2:22-cv-01261-JAD-DJA <br><br> <u>**NOTICE OF SETTLEMENT**</u> |

1

1

## <u>NOTICE OF SETTLEMENT</u>

2

   Plaintiff Levy Production Group, LLC and defendants R&R Partners, Inc. and Farra

3

Foxdog Productions, LLC, by and through their undersigned counsel, hereby provide notice to

4

the Court of a settlement in principle of the above-captioned matter. A Dismissal with Prejudice

5

is expected to be filed within 30 days of this Notice of Settlement while a written agreement is

6

finalized and certain conditions are satisfied.

7

8

Dated this 7th day of June 2024.

9

10

/s/ *Bradley L. Booke*                                    /s/ *David Aronoff*

Bradley L. Booke                                          David Aronoff (admitted *Pro Hac Vice*)

11

10161 Park Run Drive #150                                 daronoff@foxrothschild.com

Las Vegas, NV 89145                                       Joshua Bornstein (admitted *Pro Hac Vice*)

12

702-241-1631                                              jbornstein@foxrothschild.com

866-297-4863 Fax                                          FOX ROTHSCHILD LLP

13

brad.booke@lawbooke.com                                   10250 Constellation Blvd., Suite 900

Attorney for Plaintiff                                    Los Angeles, CA 90067

14

LEVY PRODUCTION GROUP, LLC                                Telephone: (310) 598-4150

                                                          Facsimile: (310) 556-9828

15

16

/s/ *Marc A. Saggese*                                     Colleen E. McCarty

Marc A. Saggese, Esq.                                     Nevada Bar No. 13186

17

SAGGESE & ASSOCIATES, LTD.                                cmccarty@foxrothschild.com

732 S. Sixth Street, Suite 200C                           FOX ROTHSCHILD LLP

18

Las Vegas, NV 89101                                       1980 Festival Plaza Drive, Suite 700

Marc@MaxLawNV.com                                         Las Vegas, NV 89135

19

Attorney for Defendant                                    Telephone: (702) 262-6899

FARRA FOXDOG PRODUCTIONS, LLC                             Facsimile: (702) 597-5503

20

21

                                                          Attorneys for Defendant

                                                          R&R PARTNERS, INC.

22

23

24

25

26

27

28

2