| | |
|---|---|
| David Aronoff (admitted *pro hac vice*)<br>**FOX ROTHSCHILD LLP**<br>10250 Constellation Blvd., Suite 900<br>Los Angeles, CA 90067<br>Telephone: (310) 598-4150<br>Facsimile: (310) 556-9828<br>daronoff@foxrothschild.com | Bradley L. Booke<br>**LAW OFFICE OF BRADLEY L. BOOKE**<br>10161 Park Run Drive #150<br>Las Vegas, Nevada 89145<br>Telephone: 702-241-1631<br>Facsimile: 866-297-4863<br>brad.booke@lawbooke.com<br>ATTORNEY FOR PLAINTIFF |
| Colleen E. McCarty<br>Nevada Bar No. 13186<br>**FOX ROTHSCHILD LLP**<br>1980 Festival Plaza Drive, Suite 700<br>Las Vegas, Nevada 89135<br>Telephone: (702) 262-6899<br>Facsimile: (702) 597-5503<br>cmccarty@foxrothschild.com | LEVY PRODUCTION GROUP, LLC<br><br>Marc Saggese<br>Nevada Bar No. 7166<br>**LAW OFFICES OF SAGGESE & ASSOCIATES**<br>732 S. Sixth Street, Suite 200C<br>Telephone: (702) 778-8883<br>Marc@maxlawnv.com |
| Attorneys for Defendant<br>R&R PARTNERS, INC. | ATTORNEY FOR DEFENDANT<br>FARRA FOXDOG PRODUCTIONS, LLC. |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LEVY PRODUCTION GROUP, LLC, a Nevada limited liability company,<br><br>                             Plaintiff,<br>v.<br><br>R&R PARTNERS, INC., a Nevada corporation; FARRA FOXDOG PRODUCTIONS, LLC; ROE CORPORATIONS 1 through 10; and DOES 11 through 20,<br><br>                             Defendants. | Case No. 2:22-cv-01261-JAD-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ECF No. 37 |

The parties, through counsel, pursuant to Rule 41(a)(1)(ii), stipulate and agree that this action be dismissed with prejudice, each party to bear its own attorney's fees and costs.

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/s/ Bradley L. Booke
Bradley L. Booke
10161 Park Run Drive #150
Las Vegas, Nevada 89145
702-241-1631
866-297-4863 Fax
brad.booke@lawbooke.com
Attorney for Plaintiff
LEVY PRODUCTION GROUP, LLC

Dated: 6/22/24

/s/ David Aronoff
David Aronoff
Pro Hac Vice
daronoff@foxrothschild.com
FOX ROTHSCHILD LLP
10250 Constellation Blvd., Suite 900
Los Angeles, CA 90067
Telephone: (310) 598-4150
Facsimile: (310) 556-9828

Dated: 6/22/24

/s/ Marc A. Saggese
Marc A. Saggese, Esq.
SAGGESE & ASSOCIATES, LTD.
732 S. Sixth Street, Suite 200C
Las Vegas, Nevada 89101
Marc@MaxLawNV.com
Attorney for Defendant
FARRA FOXDOG PRODUCTIONS, LLC

Dated: 6/22/24

/s/ Colleen E. McCarty
Colleen E. McCarty
Nevada Bar No. 13186
cmccarty@foxrothschild.com
FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Attorneys for Defendant
R&R PARTNERS, INC.

Dated: 6/22/24

### ORDER

Based on the parties' stipulation [ECF No. 37] and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: June 24, 2024